Law Offices of

# Shapiro, DiCaro & Barak, LLC

One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

September 24, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas St
White Plains, NY 10601

RE:   Susan G. Farese, fka Susan G. Saponaro, fka Susan G. Dicicco
      Chapter 13
      Case Number: 17-23868
      SD&B File Number: 13-023708

Dear Judge Drain:

This loss mitigation status letter is submitted on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Seterus"), a secured creditor of the above-referenced Debtor.

Please be advised that there has been no change in status since my prior status letter (ECF Doc. No. 16, filed July 23, 2018, the "Prior Letter"). At the hearing held on May 23, 2018, this Court terminated loss mitigation with respect to retention options. Thus, loss mitigation is currently proceeding as to non-retention options. As the Prior Letter discusses, on June 14, 2018, our firm sent the Debtor's Attorney detailed instructions regarding Seterus' short sale procedure.

Our firm has had no further correspondence regarding possible non-retention options since June 14, 2018, and there is no short sale application pending with Seterus. Similarly, there is no retention application pending on the docket. As such, Seterus respectfully requests termination of loss mitigation as to all options, including non-retention options.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/ Katherine Heidbrink
Katherine Heidbrink


ATTORNEYS AT LAW

Katherine Heidbrink, Bankruptcy Attorney    Direct (631) 844-9611 ext. 3028    kheidbrink@logs.com

ROCHESTER OFFICE    175 Mile Crossing Boulevard    Rochester, NY 14624    PHONE (585) 247-9000    FAX (585) 247-7380